# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MARTINA O. OLUPITAN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. CIV-24-349-SLP |
| BIARD OF REGENTS OF THE UNIVERSITY OF OKLAHOMA, et al., | ) ) ) ) |
| Defendants. | ) |

## RECUSAL ORDER

Pursuant to 28 U.S. C. § 455, I recuse from the above-referenced case and direct the Clerk of Court to place this case number in the random draw for reassignment to another judge of this court.

IT IS SO ORDERED this 9th day of April, 2024.

_____
SCOTT L. PALK
UNITED STATES DISTRICT JUDGE