\# 185

## Exhibit Guide pt. 5

OUHSC Admissions and Records – FERPA – Correction of Education Records

OUHSC Admissions and Records – FERPA – Description of School Officials

Plaintiff's Phone Service Provider Call Log Record with State of Oklahoma JUNE 2024 pt. 1

Plaintiff's Phone Service Provider Call Log Record with State of Oklahoma JUNE 2024 pt. 2

Respectfully submitted,

Martina Olupitan, MHA

PO BOX 950742

OKC, OK 73195

(918) 282 – 6493

email: martina.olupitan@gmail.com

Pro Se





**Disclosure of Education Records**

1. To school officials who have a legitimate educational interest in the records. School officials are defined as follows:
    i. A person employed by the University in an administrative, supervisory, academic or research, or support staff position, including law enforcement personnel and health or medical staff.
    ii. A person serving on the Board of Regents.
    iii. A person or company under contract to the University to perform a service or function, instead of using University employees or officials (such as an attorney, auditor or collection agent).
    iv. A person who is assisting another school official in performing his/her tasks including but not limited to, a student serving on an official committee, such as a disciplinary or grievance committee.

A school official has a legitimate educational interest if the official is:
    i. Performing a task that is necessary to fulfill his or her professional responsibilities for the University
    ii. Performing a task related to a student's education
    iii. Performing a task related to the discipline of a student
    iv. Providing a service or benefit relating to the student or student's family, such as health care, counseling, job placement, scholarship, or financial aid
    v. Maintaining the safety and security of the campus



### Correction of Education Records

Students have the right to challenge and request amendment of the contents of records that they believe are inaccurate, misleading or in violation of their privacy rights. Following are the procedures for the correction of records:

1. A student must ask the appropriate University official of the University of Oklahoma to amend a record. (Type of records, location and custodians are listed later in this policy.) In so doing, the student should identify the part of the record to be amended and specify why the student believes it is inaccurate, misleading, or in violation of his or her privacy rights.
2. Within a reasonable period of time, the University will either comply with the request or not comply. If it decides not to comply, the University will notify the student of the decision and advise the student of his or her right to a hearing to challenge the information believed to be inaccurate, misleading, or in violation of the student's privacy rights.
3. Upon request, the University will arrange for hearing and notify the student, reasonably in advance of the date, place and time of the hearing.
4. The hearing will be conducted by the Vice Provost for Academic Affairs. The student shall be afforded a full and fair opportunity to present evidence relevant to the issues raised in the original request to amend the student's education records. The student may be assisted by one or more individuals, including an attorney retained at his or her expense. The University may be represented by University Legal Counsel.
5. The University will prepare a written decision based solely on the evidence presented at the hearing. The decision will include a summary of the evidence presented and the reasons for the decision.
6. If the University decides that the information in the student's record is inaccurate, misleading, or in violation of the student's right of privacy, it will amend the record and notify the student, in writing, that the record has been amended.
7. If the University decides that the challenged information is not inaccurate, misleading, or in violation of the student's right of privacy, it will notify the student that he or she has a right to place in the record a statement commenting on the challenged information and/or a statement setting forth reasons for disagreeing with the decision.
8. The decision shall be in writing, be based solely on the evidence presented at the hearing and delivered to all parties concerned who have a legitimate educational interest.
9. The statement from the student will be maintained as a part of the student's education records as long as the contested portion is maintained. If the University discloses the contested portion of the record, it must also disclose the student's statement.

#1188

 

# Voicemail

06/06/24 at 02:02:00 PM CDT

**$0.00**

| | |
|---|---|
| Type | **Voicemail** |
| Nature of Call | **Local** |
| Number Called |  |
| Calling Number | **14055224440** |
| Call Date | **06/06/24** |
| Call Time | **02:02:00 PM** |
| Timezone | **US/Central** |
| Call Duration | **0min 54sec** |

 

# Outgoing Call

06/07/24 at 12:20:10 PM CDT

**$0.00**

| | |
|---|---|
| Type | **Outgoing Call** |
| Nature of Call | **Local** |
| Number Called | **14055224440** |
| Calling Number | **19182826493** |
| Call Date | **06/07/24** |
| Call Time | **12:20:10 PM** |
| Timezone | **US/Central** |
| Call Duration | **4min 31sec** |