UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **MARTINA O. OLUPITAN, MHA,** | ) |
| **Plaintiff,** | ) ) ) |
| v. | ) ) Case No. CIV-24-349-G |
| **STATE OF OKLAHOMA,** *ex rel.***, THE BOARD OF REGENTS OF THE UNIVERSITY OF OKLAHOMA,** et al., | ) ) ) ) ) ) |
| **Defendants.** | ) |

## ORDER

Now before the Court is Defendants' Motion to Stay Briefing (Doc. No. 28), seeking to stay the briefing schedule and response deadline as it relates to Plaintiff's Motion for Summary Judgment (Doc. No. 23). Defendants argue that their Motion to Dismiss (Doc. No. 25) has raised several dispositive, jurisdictional issues, and so "Defendants should not be required to respond to Plaintiff's Motion for Summary Judgment until the jurisdictional issues have been decided by this Court." Defs.' Mot. (Doc. No. 28) at 4. Pro se Plaintiff Martina O. Olupitan opposes the requested stay of briefing. *See* Pl.'s Resp. (Doc. No. 29); Pl.'s Supp. (Doc. No. 30).

Issuance of a stay is "an exercise of judicial discretion, and the propriety of its issue is dependent upon the circumstances of the particular case." *Nken v. Holder*, 556 U.S. 418, 433 (2009) (internal quotation marks and brackets omitted). When determining whether to issue a stay, "[t]he Court considers (1) the interest of Plaintiff; (2) the burden on Defendants in going forward; (3) the Court's convenience; (4) the interest of nonparties,

and (5) the public interest in general." *Bank of Colorado v. Wibaux 1, LLC*, No. 17-CV-02871-CMA-KMT, 2018 WL 2562662, at *3 (D. Colo. June 4, 2018) (internal quotation marks omitted).

Having considered the relevant factors and the parties' arguments, the Court finds that good cause exists to grant the requested stay of briefing deadlines regarding Plaintiff's Motion for Summary Judgment. *See Foshee Yaffe LLC v. Oklahoma City Veterans Med. Ctr./U.S. Dep't of Veterans Affs.*, No. CIV-19-01053-PRW, 2020 WL 12772100, at *1-2 (W.D. Okla. Feb. 25, 2020) (finding good cause to stay briefing deadlines related to the defendant's motion for summary judgment pending the Court's ruling on a dispositive motion to dismiss).

Accordingly, Defendants' Motion (Doc. No. 28) is GRANTED. Defendants' deadline for filing a response to Plaintiff's Motion for Summary Judgment (Doc. No. 23) is STAYED. The Court will, if necessary, reset the stayed briefing schedule following a ruling on Defendants' Motion to Dismiss (Doc. No. 25).

IT IS SO ORDERED this 23rd day of July, 2024.

_____
CHARLES B. GOODWIN
United States District Judge