IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

FILED

JAN 08 2025

JOAN KANE, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA
BY _____naa_____, DEPUTY

MARTINA O. OLUPITAN, MHA,

    Plaintiff

v.

1. STATE OF OKLAHOMA EX. REL. THE BOARD OF REGENTS OF THE UNIVERSITY OF OKLAHOMA,
2. MICHAEL J. SMITH, PHARM.D.,
3. GARY RASKOB, Ph.D.,
4. VALERIE WILLIAMS, Ph.D.,
5. LAURA STUEMKY, M.D.,
6. ASHLEY CHEYNEY, Ph.D.,
7. ANDREI BELOUSOV, Ph.D.,
8. KATHERINE O'NEAL, PHARM.D.,
9. LORI KLIMKOWSKI,

    Defendants,

Case No CIV5 – 24 – 00349 - G

## **PLAINTIFF'S MOTION FOR ECF PERMISSIONS**

**COMES NOW,** Martina O. Olupitan, Plaintiff in the matter, respectfully requests the court to grant her permission to use electronic case filing and management systems as a pro se filer in the Western District of Oklahoma Federal Court. In support, Plaintiff shows as follow:

1

Plaintiff hereby consents to the court & opposing counsel to use her email address for communicating with Plaintiff and the purpose of electronic service.

Both Plaintiff and Opposing Counsel have utilized electronic communications when conferring with each other. However, Plaintiff is a non-attorney who practices law pro se. Through practicing law pro se and an extensive formal education at the University level, Plaintiff has the technical expertise with access to the technology required for ECF/CM systems access (such as email, printer, computer, and so forth).

As we come into winter season, Oklahoma's weather is sometimes unpredictable, unforgiving, and at times may not recommend travel. However, in having access to ECF this no longer becomes cumbersome on the filer while also the Court reasonably should consider and or acknowledge the convenience of ECF for doing business in the US District Courts as registered filers (judges, attorneys, and so forth). Accordingly, CM/ECF allows registered filers to file documents 24 hours a day, 7 days a week, which is convenient for filers to file including filing outside of operational business hours of the court, if necessary and/or required by law to meet deadlines, and so forth. CM/ECF is most preferred over snail mail because of its instant accessibility of placing the registered filer on notice, while reducing paper use to be utmost helpful in acting against climate change. However; this CM/ECF system could be abused or used as a way to cloak prejudice, and or misconduct against the non-registered Party; if a registered filer uses this convenience of filing outside of operational business hours of the court to allow Parties that are registered filers advancement on their case because of their status as a registered filer and or attorney having greater influence than a non-registered filer

and or pro se. Although, Pursuant to ECF Policies & Procedures Manual does not allow pro se filers to file electronically; it seems however that there might be exceptions. [*Fed. R. Civ. P. 5(d)(3)(B) (prescribing that a person not represented by an attorney "may file electronically only if allowed by court order or by local rule."*] *See Policies & Procedures Manual.* Moreover, US Federal Courts have various ECF permissions for pro se parties; in failing to have any ECF systems for pro se parties might be considered an act of bias to hassle non-attorneys and stonewall or delay litigation against a Party represented by licensed attorneys.

Plaintiff is unaware of a Scheduling Conference, Scheduling Order, or so forth on record regarding this case. Moreover, by not having access to electronic case filing risks Plaintiff losing her constitutional rights, further delay, while being overall at a disadvantage. Pursuant to the Fourteenth Amendment of the United States Constitution's Equal Protection Clause and Procedural Due Process of Law; the right to fair treatment and responsiveness through the judicial system of fair hearings is a citizen's entitlement.

The Defendants by and through their attorney(s) to be noticed (177 days ago) filed their Motion to Dismiss [*Dkt. 25*] and Plaintiff (146 days ago) filed her response of being in Opposition to Defendants' Motion to Dismiss [*Dkt. 34*] that has since then included both Defendants' [*Dkt. 35*] and Plaintiff's [*Dkt. 36*] responses that were filed in August of 2024.

As well as the aforementioned be taken into consideration, it is crucial that Plaintiff be granted access to Electronic Case Filing.

**WHEREFORE,** Plaintiff respectfully requests the Court to grant full ECF permissions in the matters of doing business in US District Court.

Signed by,

*/s/ Martina Olupitan*

1/8/25

Martina Olupitan, MHA

PO BOX 950742

OKC, OK 73195

(918) 282 – 6493

martina.olupitan@gmail.com