**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

FILED

JAN 14 2025

JOAN KANE, CLERK
U.S. DIST. COURT WESTERN DIST. OKLA
BY_____ *naa* _____, DEPUTY

MARTINA O. OLUPITAN, MHA,

        Plaintiff

Case No. CIV 5 – 24 –349 – G

Judge: Charles B. Goodwin

v.

1. STATE OF OKLAHOMA EX. REL. THE BOARD
OF REGENTS OF THE UNIVERSITY OF
OKLAHOMA,
2. MICHAEL J. SMITH, PHARM.D.,
3. GARY RASKOB, Ph.D.,
4. VALERIE WILLIAMS, Ph.D.,
5. LAURA STUEMKY, M.D.,
6. ASHLEY CHEYNEY, Ph.D.,
7. ANDREI BELOUSOV, Ph.D.,
8. KATHERINE O'NEAL, PHARM.D.,
9. LORI KLIMKOWSKI,

        Defendants,

**PLAINTIFF'S NOTICE OF PENDING MOTIONS**

Plaintiff respectfully notifies the Court of the following pending motions:

(1) Defendants' Motion to Dismiss (*Dkt. 25*), (2) Plaintiff's Opposition to Defendants' Motion to Dismiss (*Dkt. 34*), (3) Defendants' response (*Dkt. 35*), (4) Plaintiff's response (*Dkt. 36),* and (5) Plaintiff's Motion to Expedite (*Dkt. 37*).

Pursuant to FRCP Rule 16 ("(a) *Purposes of a Pretrial Conference. In any action, the court may order the attorneys and any unrepresented parties to appear for one or more pretrial conferences for such purposes as: (1) expediting disposition of the action; (2) establishing early and continuing control so that the case will not be protracted because of lack of management; (3) discouraging wasteful pretrial activities; (4) improving the quality of the trial through more thorough preparation; and (5) facilitating settlement.*"). *[Federal Rules of Civil Procedure Rule 16. Pretrial Conferences; Scheduling; Management].*

Signed by,

Martina Olupitan, MHA    Pro se

PO BOX 950742   OKC, OK 73195

(918) 282 -6493   martina.olupitan@gmail.com

Date: 1/14/25

2