UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **MARTINA O. OLUPITAN, MHA,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-24-349-G |
| | ) |
| **STATE OF OKLAHOMA** *ex rel.* | ) |
| **THE BOARD OF REGENTS OF THE** | ) |
| **UNIVERSITY OF OKLAHOMA** | ) |
| **et al.,** | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT

In accordance with the Court's Order issued April 1, 2025, this matter is DISMISSED WITHOUT PREJUDICE.

ENTERED this 2nd day of April, 2025.

*/s/ Charles B. Goodwin*
CHARLES B. GOODWIN
United States District Judge