FILED  
United States Court of Appeals  
Tenth Circuit

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

**April 15, 2025**

_____

Christopher M. Wolpert  
Clerk of Court

MARTINA O. OLUPITAN, MHA,

    Plaintiff - Appellant,

v.

STATE OF OKLAHOMA EX REL. THE BOARD OF REGENTS OF THE UNIVERSITY OF OKLAHOMA, et al.,

    Defendants - Appellees.

No. 25-6055  
(D.C. No. 5:24-CV-00349-G)  
(W.D. Okla.)

_____

**ORDER**

_____

This matter is before the court following the opening of this appeal. A review of the district court docket reveals two pending motions: Plaintiff's Motion to Alter Judgment Order Denying Reconsideration of ECF Permissions [DC ECF No. 50] filed on April 2, 2025, and Plaintiff's Motion to Alter Judgment Order Dismissal Without Prejudice, and to Exercise Supplemental Jurisdiction Over State-Law Claims [DC ECF No. 52] filed on April 7, 2025. Both motions appear to assert error with respect to the district court's April 1, 2025 Order. Judgment entered on April 2, 2025. The notice of appeal was filed by Plaintiff Martina O. Olupitan on April 14, 2025.

Plaintiff's motions [DC ECF Nos. 50, 52] were filed within 28 days after entry of the order and judgment being appealed. As a result, the notice of appeal will become

effective when the district court enters an order disposing of the pending motions. *See* Fed. R. App. P. 4(a)(4)(A), (B).

Accordingly, this appeal is ABATED pending the district court's disposition of the pending motions. When the district court enters an order disposing of the pending motions [DC ECF Nos. 50, 52], the clerk of the district court is directed to supplement the preliminary record in accordance with 10th Cir. R. 3.2(B).

                                Entered for the Court

                                CHRISTOPHER M. WOLPERT, Clerk

UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

April 15, 2025

Martina O. Olupitan
P.O. Box 950742
Oklahoma City, OK 73195

**RE:**  **25-6055, Olupitan v. The Board of Regents of the University of Oklahoma, et al**
Dist/Ag docket: 5:24-CV-00349-G

Dear Appellant:

Enclosed please find an order issued today by the court.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

cc:   John Charles Curtis III
      Tina Sharell Ikpa
      Martin Daniel Weitman

CMW/art