EX. 1

Phone Call with Mr. Coronel

Recording Name:
[2023_12_19_11_56_59]

Transcript Prepared By:



**DITTO**

720-287-3710
3801 E. Florida Ave.
Suite 500
Denver, CO 80210

DUNS Number: 037801851
CAGE Code: 6C7D5
Tax ID #: 27-2983097

1

```
1    Rhonda:    Risk Management, this is Rhonda.  How can I help you?
2    Olupitan: Uh, good afternoon, Ms. Rhonda.  I was needing to
3              speak to Mr. Coronel.
4    Rhonda:    All right, one moment.
5    Olupitan: Mm-hmm.
6    Coronel:   Risk Management.
7    Olupitan: Yes, is this Mr. Coronel?
8    Coronel:   Yes.
9    Olupitan: Hi, Mr. Coronel.  This is Ms. Olupitan.
10   Coronel:   Oh, hi.  How are you?
11   Olupitan: Oh, I'm okay.  How about yourself?
12   Coronel:   Pretty good.
13   Olupitan: Good.  Um, I know I had spoke with you on the 12th of
14             December, and we confirmed the fax number to send over
15             for Lifestance.  And --
16   Coronel:   Mm-hmm.
17   Olupitan: -- I guess you said that you had the wrong number when
18             you looked online for the number.  Um, have they --
19   Coronel:   That's correct.
20   Olupitan: Have they sent you any of the medical records?
21   Coronel:   Eh, not yet.
22   Olupitan: Oh, okay.  Um, do you --
23   Coronel:   It take -- it will take a few days for them to send us
24             that information.
25   Olupitan: Oh.
```

1   Coronel:   Um, yeah, so --

2   Olupitan: But th- -- th- -- the fax went through okay?  It was

3          approved?

4   Coronel:   Um, I think so, yes.

5   Olupitan: Okay.  When -- do you remember when you sent that to

6          them?  I know we spoke on the 12th of December.

7   Coronel:   Mmm, I think it should be somewhere in there.  Um,

8          yeah, I don't remember the exact date, but, yes.

9   Olupitan: Okay.

10  Coronel:   And then I just, uh, we -- we reviewed the claim, uh,

11         uh, received some information, um, from OU, so we're

12         in the process.  Um --

13  Olupitan: Uh, when did -- d- -- when did you receive the

14         information from the university?

15  Coronel:   Uh, last week.

16  Olupitan: Oh.  Do you remember what day?

17  Coronel:   I don't.  Uh, no.

18  Olupitan: Hm.  Okay, so are they -- have -- have they sent all

19         of their information?  Because, like I said, my, you

20         know, my information was sent in before your deadline.

21         And I just --

22  Coronel:   Mm-hmm.

23  Olupitan: -- you know, my worry is that the time is going to run

24         out, and it will be denied by default.

25  Coronel:   Well, we still have a few, and -- and my guess, I

3

| | |
|---|---|
| 1 | think, uh, my guess is we're gonna have all the |
| 2 | information we need to provide this file to the |
| 3 | attorney by, uh, not this -- this week, by the week |
| 4 | after Christmas. |
| 5 | Olupitan: Oh, to get it over before, um, oh, the week after |
| 6 | Christmas to send it over? |
| 7 | Coronel:  Yeah, yeah, yeah, yeah. |
| 8 | Olupitan: Okay.  Um, I actually, I think I got s- -- a |
| 9 | notification.  Um, when did you say you sent that over |
| 10 | to Li- -- um, to Lifestance?  I'm looking right now. |
| 11 | Coronel:  I -- I'm -- I'm -- I'm not sure.  Let me just see. |
| 12 | Olupitan: Mm-hmm. |
| 13 | Coronel:  It will be the day -- the day or the day after, uh, so |
| 14 | -- |
| 15 | Olupitan: Hmm.  Okay, so, yeah, 'cause we talked on the 12th, so |
| 16 | you sent it on the 12th -- |
| 17 | Coronel:  Yeah. |
| 18 | Olupitan: -- or the 13th of December? |
| 19 | Coronel:  Yeah, that will be my guess.  Yeah, I have to look in |
| 20 | my records.  I have to go through them. |
| 21 | Olupitan: Okay. |
| 22 | Coronel:  Yeah. |
| 23 | Olupitan: Oh, I -- I mean, I don't mind holding, because I can |
| 24 | call them, because I think they sent me some type of |
| 25 | notification. |

```
 1  Coronel:   Mm-hmm.
 2  Olupitan:  So, I don't mind calling.  I can hold for you before
 3             I, you know, get back on the phone with them.  I just
 4             want to make sure that everything goes through
 5             successfully and fairly.
 6  Coronel:   Mm-hmm.  But, uh, before, let me say something,
 7             because I think I was looking.  That authorization,
 8             uh, let me see.  The page is a old one.  Let me see if
 9             you have a -- a better one to have you sign, because
10             that -- the authorization to release information is
11             kind of old form.  Just to make sure, I'm gonna do it
12             both ways.
13  Olupitan:  Oh, yeah, because I --
14  Coronel:   Also, when I sent a newer form, because that -- that
15             form that is on r- -- originally have is kind of old.
16  Olupitan:  Oh, because, yeah, that form was dated November 7th.
17             I mean, if you don't mind.  And I think --
18  Coronel:   Yeah, let me -- let me check.
19  Olupitan:  -- if that form can just be suffice that I sent
20             November 7th for you.
21  Coronel:   Yeah.
22  Olupitan:  And I can check with them, because I -- with faxes, I
23             believe it would go through right away, and, you know,
24             you'd get confirmation.
25  Coronel:   Yeah.
```



5

```
 1  Olupitan: They'd get confirmation.  So, I can call them once I
 2            get off the phone with you, you know, since you said
 3            that you sent it last week.
 4  Coronel:  Yeah, maybe --
 5  Olupitan: And see --
 6  Coronel:  -- because I'm -- I'm doing something else at the
 7            moment.  Let me just say exactly what I'm doing.
 8  Olupitan: Okay.  Yeah, because if you can just tell me a date
 9            that you sent it over to them, I can --
10  Coronel:  I'm -- I'm loo- -- I'm looking for it.  Hold on.
11  Olupitan: Okay, no worries.
12  Coronel:  Is this LMB, is your email still accurate?  LMB at
13            nemw.com.  Is that an accurate email?
14  Olupitan: No, sir, I don't, um, I'm not sure what you're looking
15            at.  But I know you sent me an email to Martina dot
16            Olupitan at --
17  Coronel:  Okay.
18  Olupitan: -- Gmail.com.  You sent me an email, let me see, on --
19  Coronel:  I -- I -- I can find it.
20  Olupitan: Okay.
21  Coronel:  Give me a minute.
22  Olupitan: Yeah, it's my first and last name.
23  Coronel:  Yeah.
24  Olupitan: Yeah, let's see.  When did you send me that form?  I
25            think it was November 6th, and I sent it back --
```

| | |
|---|---|
| 1 | Coronel:  Yeah. |
| 2 | Olupitan: -- November 7th, that form. |
| 3 | Coronel:  Yeah.  Let me see.  I -- I just wanna have a newer |
| 4 | form also.  Hold on. |
| 5 | Olupitan: Okay.  Yeah, let me -- |
| 6 | Coronel:  I'm trying to attach it. |
| 7 | Olupitan: Oh, no worries, let me read it. |
| 8 | Coronel:  (Inaudible - 00:06:59). |
| 9 | Olupitan: It said, "Ms. Olupitan," and this was November 7th -- |
| 10 | Coronel:  Mm-hmm. |
| 11 | Olupitan: -- at 2:57 p.m., November 7th.  You said, "Ms. |
| 12 | Olupitan, attach please find the authorization form, |
| 13 | please complete and return."  And then I responded -- |
| 14 | Coronel:  Mm-hmm. |
| 15 | Olupitan: -- and sent it to you November 7th. |
| 16 | Coronel:  Yeah.  Yeah. |
| 17 | Olupitan: Yes.  Yes, I sent it to you November 7th at 4:40 p.m. |
| 18 | Coronel:  Yes. |
| 19 | Olupitan: Excellent. |
| 20 | Coronel:  Okay, so I want to see, have a newer form. |
| 21 | Olupitan: And if you don't mind me asking -- |
| 22 | Coronel:  That one's outdated. |
| 23 | Olupitan: Oh. |
| 24 | Coronel:  Yeah.  Hold on. |
| 25 | Olupitan: If you don't mind me asking, Mr. Coronel, what's, um - |

```
 1              - what's the reason for the newer form?  I -- I just
 2              w- --
 3  Coronel:   Because some -- some -- some of the entities don't
 4              accept that original form that we completed.  So, let
 5              me find a HIPAA authorization.  That's what I want.
 6              Yes.  So, because this is different than what we
 7              originally have it.
 8  Olupitan:  So, Lifestance, they'll be getting two forms, the one
 9              that you sent last week.  Uh, they should already have
10              that one, and I'm guessing one --
11  Coronel:   I'm hoping they do.  But I -- I wanna send this also,
12              the new one.  Just to see.
13  Olupitan:  Okay.  Yeah, 'cause I know with the faxes, you get a
14              confirmation as soon as it goes through, and they get
15              a confirmation as well, a receival.  So, I can have
16              them tell me the date on that just to make sure, you
17              know, there's no delay.  I can -- as soon as I get off
18              the phone with you.  Just to make sure they get that
19              first one so there's no delay, you know, with the
20              Lifestance.
21  Coronel:   Let me just send this first.  Hold on.  I just -- I
22              sent you an email.  Let me know if you get it.  Just
23              sent you an email.
24  Olupitan:  And where did you send it to?
25  Coronel:   To the email Martina.
```



1  Olupitan: Okay, let me see.  Nothing's came in yet.

2  Coronel:  Martina Olupitan.

3  Olupitan: Okay, let's see. I'm still waiting for it to come in.

4           Just one moment.

5  Coronel:  That's okay.

6  Olupitan: Let me do a refresh.  Spotty connectivity here.  Just

7           -- you just bear with me just for a couple moments.

8           Sorry, still waiting for it to come in.  It's just

9           running slow.  Computer issues.

10 Coronel:  Mm-hmm.  It shows that it was sent, so I'm assuming

11          it's just going.

12 Olupitan: Okay, just refreshing.  Okay, Mr. Coronel, it doesn't

13          look like it's came in yet.  Let me give it a couple

14          minutes.  I'm gonna power off my system and then power

15          it back on.  So, can I call you back in a couple

16          minutes?

17 Coronel:  Yeah, call me back.  Yeah.

18 Olupitan: Okay, excellent.  Thank you.  Bye.

19 Coronel:  Okay, no problem.  Bye-bye.

20

21

22

23

24

25

1                       TRANSCRIBER'S CERTIFICATE

2

3          I, Kimberly Watts, do hereby certify that I have

4     listened to the recording of the foregoing; further that the

5     foregoing transcript, Pages 1 through 8, was reduced to

6     typewritten form from a digital recording of the proceedings

7     held December 19, 2023, in this matter; and that the foregoing

8     is an accurate record of the proceedings as above transcribed in

9     this matter on the date set forth.

10         DATED this 1st day of June, 2024.

11

12

13

14                                    _Kimberly Watts_

15

16                          Kimberly Watts

17                          Ditto Transcripts
                            3801 E. Florida Ave.
18                          Suite 500
                            Denver, CO 80210
19                          Tel: 720-287-3710
                            Fax: 720-952-9897
20
                            DUNS Number: 037801851
21                          CAGE Code: 6C7D5
                            Tax ID #: 27-2983097
22

23

24

25

