FILED
United States Court of Appeals
Tenth Circuit

August 15, 2025

Christopher M. Wolpert
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

_____

MARTINA O. OLUPITAN, MHA,

    Plaintiff - Appellant,

v.

STATE OF OKLAHOMA EX REL. THE BOARD OF REGENTS OF THE UNIVERSITY OF OKLAHOMA, et al.,

    Defendants - Appellees.

No. 25-6055
(D.C. No. 5:24-CV-00349-G)
(W.D. Okla.)

_____

## ORDER

_____

A review of the district court docket shows that Plaintiff Martina O. Olupitan's post-judgment motions to alter/amend judgment remain pending for disposition by the district court.

Accordingly, this appeal remains abated pursuant to this court's April 15, 2025 order. When the district court enters an order disposing of the post-judgment motions, the clerk of the district court is directed to supplement the preliminary record in accordance with 10th Cir. R. 3.2(B).

                                  Entered for the Court

                                  CHRISTOPHER M. WOLPERT, Clerk